**In the Interest of H.M., J.G., and D.G. (Minor Children).**

**JUVENILE OFFICER, Respondent,**

v.

**N.M. (Mother), Appellant.**

**Kyla Grove, Guardian ad Litem.**

**No. WD 42873.**

Missouri Court of Appeals, Western District.

Nov. 13, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 2, 1991.

Application to Transfer Denied Feb. 7, 1991.

Charles H. Stitt, Craft Fridkin Shaffer & Rhyne, Kansas City, for appellant.

Anne E. Rauch, Kansas City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

**ORDER**

PER CURIAM:

Appeal by mother from orders terminating her parental rights to her three minor children pursuant to § 211.447, RSMo 1986.

Judgment affirmed. Rule 84.16(b).